**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO VASQUEZ<br><br>             Plaintiff,<br><br>vs.<br><br>THE WOODSHED, a business entity; PATTY AND MIKE SHARPE INC., a corporation; FOUR R CO, a corporation<br><br>             Defendants | Case No.: 8:19-cv-02420-DOC-KES<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [33]** |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

//

//

//

//

//

//

1
ORDER GRANTING JOINT STIPULATION OF DISMISSAL

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed without prejudice.

Dated: October 8, 2020

*David O. Carter*
_____
HONORABLE JUDGE DAVID O. CARTER